IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                      CASE NO.: 4:07cr17-SPM

JORGE GUILLEN-PEREZ,

      Defendant.
_____/

### ORDER DIRECTING GOVERNMENT TO RESPOND

Defendant Jorge Guillen-Perez has filed a motion to dismiss (doc. 17) Count Two of the indictment, aggravated identity theft under 18 U.S.C. § 1028A(c)(10).  The Government shall file a written response to the motion by 5:00 p.m. on Thursday, May 10, 2007.

SO ORDERED this 8th day of May, 2007.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge